AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Billy Joe Stokes, )<br>*Plaintiff* )<br>v. )<br>South Carolina Department of Corrections, )<br>*Defendant*s ) | Civil Action No.    1:11-cv-2671-JFA |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Billy Joe Stokes, shall take nothing of the defendants; South Carolina Department of Corrections; from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, United States District Judge, presiding, adopting the Report and Recommendations set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the complaint with prejudice.

Date:   March 6, 2012                                                    *CLERK OF COURT*

                                                                                  s/A. Buckingham

                                                                      *Signature of Clerk or Deputy Clerk*